# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENSON CHOI KIM,<br>　　　　　Petitioner,<br>　　v.<br>JEFF MACOMBER,<br>　　　　　Respondent. | CASE NO. 8:15-cv-01496-JVS (SK)<br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 20, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　
HON. JAMES V. SELNA
U.S. DISTRICT JUDGE